**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Dymier L. Redmond | | |
| | : | Case No 26-14149-pmm |
| Debtor | | |
| | : | |

O R D E R

AND NOW, this 15th day of October, 2026, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before October 25, 2026.




HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE